**CONRAD L. ZUBEL, OSB # 035021**
Zubel Law Offices, P.C.
conrad@zubelpc.com
Three Town Center
10121 S.E. Sunnyside Road, Suite 300
Clackamas, OR 97015
Telephone:  (503) 220-1227
Telefax:  (503) 220-8584
 Attorney for Plaintiff

**BILLY J. WILLIAMS, OSB # 901366**
United States Attorney
**STEPHEN J. ODELL, OSB #903530**
Assistant U. S. Attorney
steve.odell@usdoj.gov
1000 S. W. Third Avenue, Suite 600
Portland, OR 97204-2902
Telephone: (503) 727-1024
Telefax: (503) 727-1117
 Of Attorneys for Defendant

## UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

## PORTLAND DIVISION

| | |
|---|---|
| **CHERRY ALI**, an individual, formerly d/b/a TAWAKAL GROCERY HALAL,<br><br>  Plaintiff,<br><br>v.<br><br>**UNITED STATES OF AMERICA**,<br><br>  Defendant,<br>_____ | Case no. 3:17-cv-577-MO<br><br>**JOINT MOTION FOR EXTENSION OF EFFECTIVE DATE OF DISMISSAL ON BASIS OF SETTLEMENT**<br><br>*Expedited Consideration & Ruling Respectfully Requested* |

Pursuant to Fed. R. Civ. P. 6(b) and LR 7-1, Plaintiff and Defendant hereby jointly and respectfully move for a further 32-day extension in the effective date of the Order of Dismissal (Dkt. #18) that the Court entered on Mar. 28, 2018, in response to notice that Plaintiff's counsel provided pursuant to LR 41-1(a) that the parties had reached a substantial agreement on the terms and conditions of a settlement.  In that order, the Court dismissed this action with prejudice and without costs and with leave, upon good cause shown initially within sixty (60) days, for the parties to seek the setting aside of its order of dismissal and reinstatement of this action if the

settlement were not consummated within that period.  The parties now jointly move to extend the effective date of that original order of dismissal by another 32 days, up to and including Aug. 31, 2018, in order for the parties to finalize the language of a draft of the settlement that has been prepared and to secure approval of that final settlement from an appropriate official within the Department of Justice that is required before undersigned counsel for Defendant can execute it on behalf of the United States.

In light of the foregoing, Plaintiff and Defendant hereby respectfully submit that good cause exists for the relief sought by this motion and therefore respectfully request the Court to extend the effective date of dismissal in this action by another 32 days, to Aug. 31, 2018.

Jointly and respectfully submitted this 27th day of July 2018.

| | |
|---|---|
| s/ Conrad L. Zubel | s/ Stephen J. Odell |
| CONRAD L. ZUBEL | STEPHEN J. ODELL |
| Zubel Law Offices, P.C. | Assistant United States Attorney |
| Attorney for Plaintiff | District of Oregon |
| | Of Attorneys for Defendant |